UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC L. KINKER,

    Plaintiff,

v.                                     CASE NO: 8:04-cv-1771-T-23EAJ

TARPON SPRINGS HOUSING
AUTHORITY,

    Defendant.
_____/

**ORDER**

    The Court is advised that this matter is settled.  Accordingly, pursuant to Local Rule 3.08(b), this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party, within sixty (60) days from the date of this order, (1) to submit a stipulated form of final order or judgment or (2) to reopen the action upon a showing of good cause.  The Clerk is directed to (1) terminate all pending motions and (2) close the file.

    ORDERED in Tampa, Florida, on June 20, 2005.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE

cc:     Courtroom Deputy