UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ERIC L. KINKER,

     Plaintiff,

v.                               CASE NO: 8:04-cv-1771-T-23EAJ

TARPON SPRINGS HOUSING
AUTHORITY,

     Defendant.

_____/


**ORDER**

     The parties file a "stipulated motion for dismissal with prejudice" (Doc. 18).  The

motion (Doc. 18) is **GRANTED** and the action is **DISMISSED WITH PREJUDICE**.  Each

side shall bear its own fees and costs.  The Clerk is directed to close the case.

     ORDERED in Tampa, Florida, on July 27, 2005.


_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE


cc:    Courtroom Deputy